BAAR & BEARDS, INC., Respondent, *v.* WALDBURGER, GRANT & CO., INC., Appellant.

Argued January 9, 1946; decided March 7, 1946.

*Edwin M. Otterbourg, Aaron Rosen* and *David E. Edgar, Jr.,* for appellant.

*Harry J. Halperin* and *Nathan J. Gottlieb* for respondent.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.